# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. COLLEEN DENISE ABRESCH, Defendant. | Case No. CR-21-49-GF-BMM  ORDER |
|---|---|

Counsel for Defendant Colleen Abresch has filed a Motion for Extension of Time to Report to BOP Custody. The Government has no objections to the Motion. Therefore, IT IS ORDERED that the Defendant's Motion for Extension of Time to Report to BOP Custody is GRANTED. The Defendant shall report to Dublin FCI, no later than 2:00 p.m., April 20, 2022.

DATED this 19th day of April, 2022.

_____
Brian Morris, Chief District Judge
United States District Court