# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> COLLEEN DENISE ABRESCH, <br><br> Defendant. | CR-21-49-GF-BMM <br><br> **ORDER** |

## INTRODUCTION

Defendant Colleen Denise Abresch ("Abresch") filed a motion for the early termination of their supervised release on April 26, 2024. (Doc. 73.) The Court conducted a motion hearing on May 8, 2024. (Doc. 76.)

## DISCUSSION

A defendant may move for termination of their supervised release after successfully completing one year's supervision, so long as the Court is satisfied that termination remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3583(a). The Court must consider the factors in 18 U.S.C. § 3553(a) in evaluating whether to terminate a term of supervised release. Title 18 of the U.S. Code, section 3553(a) provides relevant factors which include: "the nature

and circumstances of the offense and the history and characteristics of the defendant; the need for the sentence imposed to reflect the seriousness of the offense, to provide the defendant with needed educational or vocational training . . . in the most effective manner; [and] the need for the sentence imposed to afford adequate deterrence to criminal conduct," amongst other factors. 18 U.S.C § 3553(a).

Abresch pleaded guilty to possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(l) and 18 U.S.C. § 2 (Doc. 30); (Doc. 31); (Doc. 37.) Abresch was estimated to be responsible for between 50 and 150 grams of actual methamphetamine. The Court sentenced Abresch to 20 months of custody, with four years of supervised release to follow. (Doc. 57.) Abresch advises that she began supervised release on April 26, 2023. (Doc. 74 at 2.) The Court calculates that Abresch has served approximately 16 months on supervised release.

The Court determines that the § 3553(a) factors support the early termination of Abresch's supervised release. Abresch advises that she has remained in full compliance with the terms of her supervision. (Doc. 74 at 4.) Abresch additionally references her U.S. Probation Officer, who indicates that early termination proves appropriate.

## ORDER

Accordingly, **IT IS ORDERED:**

1. Abresch's motion for the early termination of her supervised release (Doc. 73) is **GRANTED**.

   DATED this 16th day of August 2024.

   _____
   Brian Morris, Chief District Judge
   United States District Court